## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| RICHARD PAUL HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 08-0062-CV-W-DW |
| CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT LLC, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 6). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed and terminate any pending motions.

Date:   March 26, 2008                                          /s/ Dean Whipple
                                                                          Dean Whipple
                                                                          United States District Judge